

Peter M. Jones (SBN 10581)
265 E. River Park Circle, Ste. 310
Fresno, California 93720
Tel: (559) 233-4880
Fax: (559) 233-9330

Attorney for Defendant: Josue Morales

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSUE MORALES,<br><br>    Defendant, | Case No. 1:21 CR 00113-JLT-SKO<br><br>STIPULATION TO EXONERATE CASH BOND; DECLARATION OF PETER M. JONES; ORDER THEREON |

Defendant, Josue Morales, by and through counsel, Peter M. Jones, and Plaintiff, UNITED STATES OF AMERICA, by and through counsel, Phillip A. Talbert and his associate, Justin Gilio, hereby stipulate as follows:

That the $10,000 cash bond be exonerated and returned to Rosalva Morales.

Dated: February 16, 2022          Respectfully Submitted,

/s/ Peter M. Jones
PETER M. JONES
Attorney for Josue Morales

Dated: February 16, 2022          Respectfully Submitted,

/s/ Justin Gilio
JUSTIN GILIO,
Assistant United States Attorney

## DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows:

1. I am an attorney admitted to practice before this court, and am counsel of record for Josue Morales, the defendant in the above entitled action.

2. On August 27, 2021 a $10,000 cash bond was ordered in the above entitled action, to secure the release of Mr. Morales, pending the posting of a $144,000 property bond.

3. On August 30, a cash bond in the amount of $10,000 was posted by Rosalva Morales, Josue Morales' mother, and he was released from custody on that bond, with additional terms and conditions.

4. On February 15, 2022 a property bond in the amount of $144,000 was posted with the court, effectively rendering the cash bond unnecessary.

5. The defendant had a Deed of Trust (DOC- 2022-003330) properly executed and delivered to this court to secure his continued release.

6. I have contacted AUSA Justin Gilio, and he has agreed to stipulate to the exoneration of the $10,000 cash bond.

I declare under penalty of perjury that the forgoing is true and that this declaration was executed in Fresno, California, on February 16, 2022.

                                              /s/ Peter M. Jones
                                              PETER M. JONES

## ORDER

IT IS HEREBY ORDERED that the $10,000 cash bond (receipt no. CAE100049014), posted by Rosalva Morales on behalf of Josue Morales, be exonerated. The Clerk of the Court is directed to return same to Rosalva Morales, with Ms. Morales' address to be provided to the financial office of the Court.

DATED: February 16, 2022

ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE