1  PHILLIP A. TALBERT
   United States Attorney
2  JUSTIN J. GILIO
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00113-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: March 15, 2023 |
| EMILIO HERNANDEZ YESCA ET AL, | Time: 1:00 p.m. |
| Defendant. | Honorable Sheila K. Oberto |

**STIPULATION**

This case is set for a status conference on March 15, 2023. The parties hereby stipulate to vacate the status conference and set the case for a trial on January 23, 2024, at 8:30 a.m. before the Hon. Jennifer L. Thurston. The parties also stipulate to exclude time between March 15, 2023, and January 23, 2024.

1. Discovery associated with this case is voluminous and includes thousands of pages of documents including investigative reports and photographs as well as large media files including hours of recorded calls, large cell phone extractions, social media account search warrant returns, and other items. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

2. Defense counsel requires additional time to review the discovery, to conduct additional investigation and legal research, to pursue a potential pretrial resolution, and to prepare for trial.

3. The proposed trial date represents the earliest date that all counsel are available for trial,

      taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation.

4. In addition, the public health concerns cited by General Order 611, 612, 617, 618, 620, 635, and 640 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible. It will be difficult to avoid personal contact should the hearing proceed and it is difficult for defense counsel to meet with their clients and review discovery.

The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv).  In addition, For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2023 to January 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i) and (ii) [Local Code T4] because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time from March 15, 2023 to January 23, 2024, from calculations under the Speedy Trial Act.

IT IS SO STIPULATED.

1    Dated:  March 7, 2023						PHILLIP A. TALBERT
								United States Attorney
2

3							By:	/s/ JUSTIN J. GILIO
								JUSTIN J. GILIO
4								Assistant United States Attorney

5

6    Dated:  March 7, 2023						/s/ Roger Wilson
								Roger Wilson
7								Counsel for Defendant
								Emilio Hernandez Yesca
8

9    Dated:  March 7, 2023						/s/ Nicholas Reyes
								Nicholas Reyes
10								Counsel for Defendant
								Jorge Perez
11

12   Dated:  March 7, 2023						/s/ Peter Jones
								Peter Jones
13								Counsel for Defendant
								Josue Morales
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

This multi-defendant case has been pending since April 2021 and the arraignment took place in September 2021. Notwithstanding that length of time, the parties have set forth good cause for setting the trial in this multi-defendant case more than two years later on January 23, 2024.

Accordingly, IT IS HEREBY ORDERED that the status conference in this case be VACATED and the case set for TRIAL on January 23, 2024, at 8:30 a.m. before the Hon. Jennifer L. Thurston.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 15, 2023, and January 23, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(i), (ii), and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

IT IS SO ORDERED.

Dated:  **March 9, 2023**              /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE