**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones Esq. SBN# 105811

Attorneys for: **Defendant, JOSUE MORALES**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>JOSUE MORALES<br><br>*Defendant*. | Case No.: 1:21-CR-00113 JLT-SKO<br><br>**AMENDED APPLICATION TO EXONERATE DEED OF TRUST WITH ASSIGNMENT OF RENT AND TO RECONVEY TITLE OF REAL PROPERTY** |

**TO THE HONORABLE, SHEILA K. OBERTO, FEDERAL DISTRICT COURT MAGISTRATE JUDGE, EASTERN DISTRICT OF CALIFORNIA:**

Defendant, JOSUE MORALES hereby requests that this court order the exoneration of the $144,000.00 dollar, Deed of Trust with Assignments currently on file with the Madera County Recorder as Document 2021-036717-00 on the property of 45 Los Cerritos Way, Madera, CA 93638.

On November 23, 2021, a $144,000.00 dollar, Property Bond was ordered in the above-captioned matter, to be secured by the property of Simon Bautista-Morales. On March 4, 2024, Defendant was sentenced to 70 months to the custody of the Bureau of Prisons. On May 1, 2024, Mr. Morales self-surrendered and was taken into custody to commence serving his sentence.

///

Therefore, Defendant has satisfied the conditions of release in the Eastern District of California, and requests that the Deed of Trust now on file at the Madera County Recorder's Office, be exonerated and the Title of the real property described therein be reconveyed to Simon Bautista Morales.

Dated: June 14, 2024                      Respectfully submitted,

By: */s/ Peter M. Jones*
    Peter M. Jones, Attorney for
    Defendant, Josue Morales

## ORDER

**IT IS HEREBY ORDERED** that the Deed of Trust with Assignment of Rents filed on **November 23, 2021**, with the Madera County Recorder as Document # 2021-036717-00 be exonerated and that title of the property described therein be reconveyed to Simon Bautista-Morales.

Dated:  6/17/2024                      *Sheila K. Oberto*
    United States Magistrate Judge